UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Unitarian Universalist Church of
Minnetonka,

                      Plaintiff,

                                                      Civ. No. 10-607 (RHK/TNL)
v.                                                      **ORDER**

City of Wayzata,

                      Defendant.

---

In this action, Defendant City of Wayzata (the "City") has challenged the constitutionality of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc *et seq.* The United States has now moved to intervene to defend the statute's constitutionality. (See Doc. No. 78.) The Court having been advised that the City does not oppose the Motion, and pursuant to Federal Rule of Civil Procedure 24(a) and 28 U.S.C. § 2403(a), **IT IS ORDERED** that the Motion (Doc. No. 78) is **GRANTED**.

Date: August 3, 2011                                        s/ Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge