## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Unitarian Universalist Church of Minnetonka,

                    Plaintiff,

                                      Civ. No. 10-607 (RHK/TNL)
v.                                        **ORDER**

City of Wayzata,

                    Defendant.

In light of Magistrate Judge Leung's recent order on Plaintiff's Motion to Compel, which ordered Defendant to produce certain relevant documents to Plaintiff on or before September 16, 2011, **IT IS ORDERED** that each party's memorandum in support of its Motion for Summary Judgment and in opposition to the opposing party's Motion for Summary Judgment (as discussed in more detail in the Court's August 8, 2011 Order (Doc. No. 84)) shall be served and filed on or before October 7, 2011.  A hearing on the summary-judgment Motions will be scheduled by further Order after briefing on the Motions has been completed.


Date:  August 11, 2011                            s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge