## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Unitarian Universalist Church of
Minnetonka,

                        Plaintiff,

                                                Civ. No. 10-607 (RHK/TNL)

v.                                                  **ORDER**

City of Wayzata,

                        Defendant.

The Court is informed that Plaintiff intends to move to reopen the proceedings in this action. Accordingly, **IT IS ORDERED** that the parties appear for a status conference before the undersigned at 8:00 a.m. on Monday, May 21, 2012, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota. **IT IS FURTHER ORDERED** that at least one member of the City Council shall appear in person at the status conference.

Date: May 14, 2012                                      s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                 United States District Judge