UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Unitarian Universalist Church of
Minnetonka,

                Plaintiff,

v.

City of Wayzata,

                Defendant.

Civ. No. 10-607 (RHK/TNL)
**ORDER**

---

     Plaintiff having moved to reopen this matter (see Doc. No. 121), **IT IS ORDERED** that Defendant shall serve and file a response to Plaintiff's Motion, along with all supporting documents, on or before August 3, 2012. ***No reply by Plaintiff or further submissions in connection with the Motion – whether by letter, affidavit, memorandum, or otherwise – shall be permitted absent further Order of the Court.*** If the Court desires a hearing on the Motion, the parties will be so notified.

Date:  July 20, 2012                                  s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge