## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Unitarian Universalist Church of
Minnetonka,

                              Plaintiff,

                                                    Civ. No. 10-607 (RHK/TNL)

v.                                                   **ORDER**

City of Wayzata,

                              Defendant.

      Plaintiff having moved to reopen this matter (see Doc. No. 121), **IT IS ORDERED** that Defendant shall serve and file a response to Plaintiff's Motion, along with all supporting documents, on or before August 3, 2012.  ***No reply by Plaintiff or further submissions in connection with the Motion – whether by letter, affidavit, memorandum, or otherwise – shall be permitted absent further Order of the Court.***  If the Court desires a hearing on the Motion, the parties will be so notified.

Date:  July 20, 2012                                            s/Richard H. Kyle
                                                                        RICHARD H. KYLE
                                                                        United States District Judge